To: 15169212131 From: 18455315476 Date: 04/01/14 Time: 12:34 PM Page: 02/02

Case 7:14-cv-01128-CS Document 3 Filed 05/19/14 Page 1 of 1

Case 7:14-cv-01128-CS Document 4 Filed 05/22/14 Page 1 of 1   Seibel, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOSEPH G FLEMING

                                            Plaintiff,

           -against-

MULLOOLY, JEFFREY, ROONEY & FLYNN LLP.

                                     Defendant.
-----------------------------------------------------------------x

**MEMO ENDORSEL**

**STIPULATION DISCONTINUING ACTION**

INDEX # 7:14-CV-01128-CS

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Syosset, New York
         March 20, 2014

_____
MULLOOLY, JEFFREY, ROONEY & FLYNN LLP.
BY:    GERALD W. FLYNN
Attorneys for Plaintiff

_____
M. CABRERA & ASSOCIATES, PC
Attorneys for Defendant

*This communication is from a debt collector.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/14

So Ordered:

May 20, 2014
White Plains, NY

_____
Cathy Seibel
U.S.D.J.